**EAGLET CORPORATION LIMITED, Plaintiff–Appellant,**

v.

**BANCO CENTRAL DE NICARAGUA, Defendant–Appellee.**

No. 1672, Docket 94–7043.

United States Court of Appeals, Second Circuit.

Argued April 26, 1994.

Decided April 27, 1994.

John R. Foster, New York City (Waesche, Sheinbaum & O'Regan, P.C., New York City, of counsel), for plaintiff-appellant Eaglet Corp. Ltd.

George Weisz, New York City (Chaya F. Weinberg–Brodt, Cleary, Gottlieb, Steen & Hamilton, New York City, of counsel), for

defendant-appellee Banco Cent. de Nicaragua.

Before: FEINBERG, VAN GRAAFEILAND and WINTER, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated by the district court. *See Eaglet Corp. v. Banco Central de Nicaragua*, 839 F.Supp. 232 (S.D.N.Y.1993). However, because the dismissal of the complaint was for lack of subject matter jurisdiction, both parties agree that the dismissal must be without prejudice. Fed.R.Civ.P. 41; *see generally Costello v. United States*, 365 U.S. 265, 284–88, 81 S.Ct. 534, 544–46, 5 L.Ed.2d 551 (1961).